IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES**
**IN ELECTRONICALLY FILED DOCUMENTS**

DATE:   February 4, 2009

CASE NO. : 08-838-GPM           CASE NAME:   Joe Hand Promotions, Inc. v. Filemon

DOCUMENT NO.: 4                 DOCUMENT TITLE: **Notice of Dismissal**

One of the following errors/deficiencies has been identified in the document listed above:

☒      **The proposed order is included on Doc. 4.**

**ACTION TAKEN BY CLERK'S OFFICE**

☒      **NONE.**

**ACTION REQUIRED BY FILER**

☒      **In the future, filer must email the proposed order to the appropriate Judge's email box and not attach any proposed order or proposed documents to the motion being filed. Please see the ECF User Manual, Section 2.0, p. 2.6 and 2.7 for further instruction.**

                                        Keenan G. Casady
                                        Clerk of Court


                                        By:__s/ Lisa M. Braun_____
                                              Deputy Clerk