IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-838-GPM |
| | ) |
| ROMERO FILEMON and CASA ROMERO, INC., d/b/a Casa Romero, | ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a Notice of Dismissal filed by Plaintiff pursuant to the settlement reached in this matter.

**IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 02/11/09

KEENAN G. CASADY, CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge